December 29, 1978

400 A.2d 633

Commonwealth v. Church, Appellant.

Submitted December 6, 1977. Roy Davis, Assistant Public Defender, for appellant; Frank Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 633

Commonwealth v. Collins, Appellant.

Submitted March 29, 1978. Nicholas A. Clemente, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.